IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A. | § | |
| Plaintiff | § § § | |
| vs. | § § | CASE NO. 6:09-CV-203 |
| SAMSUNG ELECTRONICS CO., LTD., ET AL., | § § § | PATENT CASE |
| Defendants. | § § | |

| | | |
|---|---|---|
| FRACTUS, S.A. | § | |
| Plaintiff | § § § | |
| vs. | § § | CASE NO. 6:12-CV-421 |
| SAMSUNG ELECTRONICS CO., LTD., ET AL., | § § § | PATENT CASE |
| Defendants. | § § | |

## ORDER

Before the Court are Fractus' Requests for Status Conference (6:09-cv-203, Docket No. 1149; 6:12-cv-421, Docket No. 44). These requests are **GRANTED**. Accordingly, the Court will hear oral arguments regarding Samsung's Motion Pursuant to Fed. R. Civ. P. 59(E) to Alter or Amend the Judgment (6:09-cv-203, Docket No. 1129) and Fractus' Motion to Set an Ongoing Royalty Rate (6:12-cv-421, Docket No. 24) on December 4, 2012 at 9:30 a.m.

**So ORDERED and SIGNED this 13th day of November, 2012.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**