# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:09-cv-00203 |
| v. | § | Civil Action No. 6:12-cv-00421 |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD.; *et al* | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## NOTICE REGARDING PROPOSED ORDERS

Fractus files this Notice to point out the similarities and differences between the Proposed Orders submitted by Fractus and the Proposed Order submitted by Samsung. As a threshold matter, both parties agree that the judgment in 6:09-cv-00203 should be amended to place the royalty rate with the original case instead of the severed action. Such an action would help blunt any argument from Samsung to the Federal Circuit that the judgment in the original case is still not final because if not amended, Samsung may (erroneously and frivolously) argue that the judgment in the original case is still not final because the royalty was only entered in the severed case. As discussed at the hearing, although erroneous, such a motion—even if incorrect—would further delay the Federal Circuit appeal.

On the differences, the parties have three main points of disagreement. *First*, the Fractus Proposed Order makes the royalty rate applicable to sales of adjudicated phones and sales of "phones not colorably different from the adjudicated phones." The Samsung Proposed Order does not contain that language. The effect of adopting Samsung's Order could be to deny Fractus its right to later bring any "not colorably different" proceeding after the appeals in the case are

completed. As discussed extensively in the briefing and as Samsung conceded, an ongoing royalty applies to "not colorably different" phones and the Order should so specify.

*Second*, and relatedly, the Samsung Order mandates that if Fractus wants relief on non-adjudicated phones, it must do so "in a new infringement action." This is not the law, as Fractus retains the right to later bring a proceeding to this Court for any phones "not colorably different" from the adjudicated phones.

*Third*, Samsung's Order apparently (although not explicitly) also attempts to give a final judgment in the new action (6:12-cv-00421) while Fractus's order keeps the new action alive so that Fractus may bring an amended complaint for non-adjudicated phones. Such an action allows Fractus the benefit of an early case number. Fractus suggests that the Court allow Fractus to file an amended complaint within a set amount of time, and then stay the case until after the Federal Circuit decides the appeal, at which point the stay would be automatically lifted and the Court could set a status conference within 60 days of the Federal Circuit opinion to set a schedule for the service of infringement contentions, the new discovery that would occur focused on the new phones, and a new trial date.

DATED: February 15, 2013

Respectfully submitted,

By: */s/ Justin A. Nelson*
Max L. Tribble, Jr. – Lead Counsel
State Bar No. 20213950
Matthew Behncke
State Bar No. 24069355
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com

Justin A. Nelson, State Bar No. 24034766
Genevieve Vose, WA State Bar No. 38422

Daniel J. Shih, WA State Bar No. 37999
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
jnelson@susmangodfrey.com
gvose@susmangodfrey.com
dshih@susmangodfrey.com

Victoria L. Cook, State Bar No. 24031912
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3158
Facsimile: (310) 789-3009
vcook@susmangodfrey.com

Michael F. Heim, State Bar No. 09380923
Micah J. Howe, State Bar No. 24048555
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, Texas 77002
Telephone: (713) 221-2001
Facsimile: (713) 221-2021
mheim@hpcllp.com
mhowe@hpcllp.com

T. John Ward, Jr., State Bar No. 00794818
Jack Wesley Hill, State Bar No. 24032294
WARD AND SMITH LAW FIRM
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com
wh@jwfirm.com

S. Calvin Capshaw, State Bar No. 03783900
Elizabeth L. DeRieux, State Bar No. 05770585
Daymon Jeffrey Rambin, State Bar No. 00791478
CAPSHAW DeRIEUX, LLP
1127 Judson Road, Suite 220
P. O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

***Attorneys for FRACTUS S.A.***

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 15th day of February, 2013 with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).


                                                            */s/ Justin A. Nelson*
                                                            Justin A. Nelson